# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| CALGON CARBON CORPORATION and CABOT NORIT AMERICAS, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES, )<br><br>Defendant. ) | SUMMONS<br><br>Court No. 22-00025 |

**TO:** The Attorney General of the United States and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. Name and Standing of Plaintiffs.

   Plaintiffs in this action are Calgon Carbon Corporation and Cabot Norit Americas, Inc. (collectively, "Plaintiffs"). As domestic producers of certain activated carbon, a domestic like product, in the United States, Plaintiffs are interested parties within the meaning of 19 U.S.C. § 1677(9)(C), that were parties to the proceeding that led to the determination being challenged. As such, Plaintiffs have standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. <u>Brief description of the contested determination</u>

The contested determination is the U.S. Department of Commerce's final results in the 13th annual administrative review of the antidumping order on certain activated carbon from the People's Republic of China.  See <u>Certain Activated Carbon From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; and Final Determination of No Shipments; 2019-2020</u>, 86 Fed. Reg. 73,731 (Dep't Commerce Dec. 28, 2021).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).  This Summons is being filed within 30 days of the publication in the <u>Federal Register</u> of the final determination and, thus, is timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).

3. <u>Date of determination</u>

The U.S. Department of Commerce's final results were completed on December 17, 2021, and were published in the <u>Federal Register</u> on December 28, 2021.

4. <u>If applicable, date of publication in Federal Register of notice of contested determination</u>

The determination was published in the <u>Federal Register</u> on December 28, 2021.  See <u>Certain Activated Carbon from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; and Final Determination of No Shipments; 2019-2020</u>, 86 Fed. Reg. 73,731 (Dep't Commerce Dec. 28, 2021).

Respectfully submitted,

<u>/s/ John M. Herrmann</u>
JOHN M. HERRMANN
R. ALAN LUBERDA
MELISSA M. BREWER
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, DC 20007
(202) 342-8400

Counsel to Calgon Carbon Corporation and Cabot Norit Americas, Inc.

Dated: January 27, 2022

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the Clerk of the Court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant served.

>Director, Civil Division
>Commercial Litigation Branch
>U.S. Department of Justice
>1100 L Street, NW, Room 12124
>Washington, D.C. 20530
>
>General Counsel
>U.S. Department of Commerce
>14th Street & Constitution Avenue, NW
>Washington, D.C. 20230

By Hand:    Attorney-In-Charge
>International Trade Field Office
>Commercial Litigation Branch
>U.S. Department of Justice
>26 Federal Plaza
>New York, New York  10278-0001


                                                    The Honorable Mario Toscano
                                                    Clerk of the Court

Date:  January __, 2022                             By:_____

# CERTIFICATE OF SERVICE AND NOTICE TO INTERESTED PARTIES

## Calgon Carbon Corp. v. United States
## CIT Court No. 22-00025

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I certify that on January 27, 2022, copies of the foregoing Summons, Form 5, Forms 13, Forms 17 were served upon the following individuals and notified all the interested parties who were a party to the proceeding below, by certified mail, return receipt requested:

## UPON THE UNITED STATES

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278-0001

Director, Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW, Room 12124
Washington, DC 20530


## UPON THE U.S. DEPARTMENT OF COMMERCE

General Counsel
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Washington, DC 20230

Ms. Evangeline Keenan, Esq.
Director, APO/Dockets Unit
U.S. Department of Commerce
14th Street & Constitution Avenue, NW
Room 1874
Washington, DC 20230

**On behalf of Carbon Activated Tianjin Co., Ltd., Datong Juqiang Activated Carbon Co., Ltd., Datong Municipal Yunguang Activated Carbon Co., Ltd., Ningxia Guanghua Cherishmet Activated Carbon Co., Ltd., Shanxi Industry Technology Trading Co., Ltd., and Jilin Bright Future Chemicals Co., Ltd.**

Francis J. Sailer, Esq.
Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
1201 New York Ave., NW
Suite 650
Washington, DC 20005


**On behalf of Jacobi Carbons AB and its affiliates, Tianjin Jacobi International Trading Co. Ltd., and Jacobi Carbons Industry (Tianjin) Co. Ltd. (collectively, "Jacobi")**

Daniel L. Porter, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
1717 Pennsylvania Avenue, NW
Washington, DC 20006


**On behalf of Tancarb Activated Carbon Co., Ltd.; Ningxia Huahui Activated Carbon Co., Ltd. and Ningxia Mineral & Chemical Limited**

Gregory S. Menegaz, Esq.
deKieffer & Horgan
1090 Vermont Ave., NW
Suite 410
Washington, DC 20005


**On behalf of Shanxi Dapu International Trade Co., Ltd., Beijing Pacific Activated Carbon Products Co., Ltd.**

Meng Jing, Esq.
Guantao Law Firm
18/F, Tower B, Xinsheng Plaza
5 Finance Street
Xicheng District, Beijing 100032, China

**On behalf of Shanxi Tianxi Purification Filter Co., Ltd., Shanxi Sincere Industrial Co., Ltd. and Tianjin Channel Filters Co., Ltd.**

Zhang Yi
Gaopeng & Partners
28th/F, Silver Tower
2 North Dongsanhuan Road
Beijing 100027, China

                                                    /s/ John M. Herrmann
                                                    JOHN M. HERRMANN